# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE ASSAD, derivatively on behalf of Nominal Defendant BERRY CORPORATION<br><br>v.<br><br>ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, EUGENE J. VOILAND, ANNE MARIUCCI, DONALD PAUL,<br><br>and<br><br>Nominal Defendant BERRY CORPORATION | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-2365-S |

## ORDER

Plaintiff George Assad filed a Notice of Voluntary Dismissal Without Prejudice [ECF No. 25]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case without prejudice pursuant to Plaintiff's Notice.

In light of the Notice, all claims that Plaintiff asserts, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED January 21, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**